## FOURTH DEPARTMENT, MAY, 1948.
### (May 5, 1948.)

ST. STANISLAUS CHURCH SOCIETY, Respondent-Appellant, v. COUNTY OF ERIE et al., Appellants-Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (The judgment adjudges general and local improvement taxes, assessed upon lands owned by plaintiff after acquisition of title, are void, and vacates sale by defendants for nonpayment of said taxes, and restrains the attempted collection of the unpaid portions thereof, but denies plaintiff right to recover any part of the money paid to defendant County of Erie for such taxes or to redeem sales for nonpayment.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]

SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under an Agreement with GLENN H. EWELL, Appellant, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action under a life insurance policy.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under an Agreement with GLENN H. EWELL, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action under a life insurance policy.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

LOUIS SHEGDA et al., Respondents, v. VILLAGE OF LANCASTER, Appellant.— Judgment reversed on the law and a new trial granted, without costs of this appeal to any party. Memorandum: There is nothing in this ordinance which specifically prohibits a " convalescent home " in a residential zone. There is insufficient evidence in the record upon which to base a determination as to whether the contemplated use of the property comes into conflict with the provisions of the Zoning Ordinance of the Village of Lancaster. All concur. (The judgment is for plaintiffs in an injunction action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ROSE MCGRAW et al., Appellants, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order affirmed, with costs. All concur, except McCurn and Vaughan, JJ., who dissent and vote for reversal and for granting a new trial on the ground that the verdict is against the weight of evidence. (The judgment is for defendant for no cause of action in an action under a fire insurance policy. The order denies plaintiff's motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

BERNARD SLAWSON, Appellant, v. WILLIAM GORDON, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.